```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division
    MARCUS M. KERNER
 4  Assistant United States Attorney
    California State Bar No. 107014
 5       411 West Fourth Street, Suite 8000
         Santa Ana, California 92701
 6       Telephone: (714) 338-3532
         Facsimile: (714) 338-3523
 7       E-mail   : marcus.kerner@usdoj.gov
 8  Attorneys for Defendant, Michael J. Astrue,
    Commissioner of Social Security
 9
```

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR - 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JACKELINE CHAVEZ,           ) | No. CV 09-5872-RNB |
|                             ) | |
|            Plaintiff,       ) | ORDER OF REMAND |
|                             ) | |
|       v.                    ) | |
|                             ) | |
| MICHAEL J. ASTRUE,          ) | |
| Commissioner of Social      ) | |
| Security,                   ) | |
|                             ) | |
|            Defendant.       ) | |
|_____) | |

Upon the stipulation of the parties, and for cause shown,

IT IS ORDERED that the above-entitled action is remanded to the Commissioner of Social Security for further administrative proceedings, subject to the terms and conditions of the stipulation of the parties filed concurrent with the lodging of the within Order.

Dated _____April 1_____, 2010.

*/s/ Robert N. Block*

HONORABLE ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE