1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   MARCUS M. KERNER
4  Assistant United States Attorney
   California State Bar No. 107014
5      411 West Fourth Street, Suite 8000
       Santa Ana, California 92701
6      Telephone: (714) 338-3532
       Facsimile: (714) 338-3523
7      E-mail   : marcus.kerner@usdoj.gov

8  Attorneys for Defendant, Michael J. Astrue,
9  Commissioner of Social Security

10              UNITED STATES DISTRICT COURT

11          FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                   SOUTHERN DIVISION

13  JACKELINE CHAVEZ,            )   No. CV 09-5872-RNB
                                 )
14          Plaintiff,           )   JUDGMENT OF REMAND
                                 )
15      v.                       )
                                 )
16  MICHAEL J. ASTRUE,           )
    Commissioner of Social       )
17  Security,                    )
                                 )
18          Defendant.           )
                                 )

19      The Court having received and approved Stipulation to Voluntary

20  Remand pursuant to Sentence 4 of 42 U.S.C. § 405(g),

21      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment shall

22  be entered remanding this action to the Commissioner of Social

23  Security for further action consistent with the Stipulation for

24  Voluntary Remand pursuant to Sentence Four of 42 U.S.C. § 405(g)

25  lodged concurrent with the lodging of the within Judgment.

26      DATED:    April 1, 2010

27                                  _____
28                                  HONORABLE ROBERT N. BLOCK
                                    UNITED STATES MAGISTRATE JUDGE

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
APR - 2 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY