ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
CEDINA KIM, CSBN 147248
Assistant United States Attorney
    300 North Los Angeles Street, #7516
    Los Angeles, CA 90012
    Telephone: (213) 894-2446
    Facsimile: (213) 894-7819
    Email: cedina.kim@doj.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKELINE CHAVEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | No. CV 09-05872 RNB<br><br>[PROPOSED]<br>**AMENDED JUDGMENT OF REMAND** |

The Court, having received and approved the parties' Stipulation dated July 2, 2010,

HEREBY ORDERS, ADJUDGES, AND DECREES that judgment shall be entered remanding this action to the Commission of Social Security for further proceedings consistent with the parties' Stipulation dated July 2, 2010, pursuant to Sentence Four of 42 U.S.C. § 405(g), filed concurrently with the lodging of the within Judgment.

DATED: July 6, 2010

_____
HONORABLE ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE